THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KLAYTON AMSPACHER, | : |
| | : CIVIL ACTION NO. 1:22-CV-1821 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Bloom) |
| v. | : |
| | : |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 15th DAY OF NOVEMBER 2023, upon review of Magistrate Judge Daryl F. Bloom's Report and Recommendation ("R&R") (Doc. 16), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 16) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **DENIED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the Acting Commissioner of Social Security and against Plaintiff Klayton Amspacher.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge